**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **ADAM C. CLARK** <br>    Plaintiff, | Case No.: 2:21–cv–00864–SI |
| **v.** | **SUMMARY JUDGMENT ADVICE NOTICE AND SCHEDULING ORDER** |
| **GARTH GULICK, et al.** <br>    Defendant. | |

## NOTICE–WARNING

*This Notice is Required to be Given to You by the Court*

    The defendants have made a motion for summary judgment (Motion for Summary Judgment [34]) by which they seek to have your case dismissed. A motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end your case.

    Rule 56 tells you what you must do in order to oppose a motion for summary judgment. Generally, summary judgment must be granted when there is no genuine dispute of material fact––that is, if there is no real dispute about any fact that would affect the result of your case, the party who asked for summary judgment is entitled to judgment as a matter of law, which will end your case. When a party you are suing makes a motion for summary judgment that is properly supported by declarations (or other sworn testimony), you cannot simply rely on what your complaint says. Instead, you must set out specific facts in depositions, documents, electronically stored information, affidavits or declarations, stipulations, admissions, interrogatory answers, or other materials, as provided in Rule 56(c), that contradict the facts shown in the defendants' declarations and documents and show that there is a genuine dispute of material fact for trial. If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against you. If summary judgment is granted, your case will be dismissed and there will be no trial.

## SCHEDULING ORDER

    Plaintiff shall file his or her opposition to defendants' motion for summary judgment within 30 days of the date of this order. Defendants shall file their reply within 14 days thereafter, at which time defendants' motion for summary judgment shall be taken under advisement.

**DATED** this 6th day of April, 2023          /s/Michael H. Simon

                                                                                   Honorable Michael H. Simon <br>
                                                                                  United States District Judge.